**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00441-CV

———————————

**ZARAIL JOINER, Appellant**

**V.**

**CITY OF GALVESTON, Appellee**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Case No. 24-CV-1893**

---

## MEMORANDUM OPINION

Appellant, Zarail Joiner, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified by the Clerk of this Court that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing

involuntary dismissal of case). Appellant also did not respond to appellee's subsequent motion to dismiss the appeal for want of prosecution.

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.